UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIKA MURRAY and ERIC HUTCHINS,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL SPINNING-WIND and SHARON HUTCHINS<br><br>Defendants.<br><br>DANIEL SPINNINGWIND and SHARON HUTCHINS,<br>    Cross Complainants<br><br>v.<br><br>ANNIKA MURRAY and ERIC HUTCHINS,<br><br>    Cross Defendants | Case No.: 4:17-cv-06036-HSG<br><br>*Assigned for all purposes to the Honorable Haywood S. Gilliam, Jr.*<br><br>**ORDER**<br><br>DATE:    January 23, 2018<br>TIME:    2:00 p.m.<br>CTRM:    2, Fourth Floor<br><br>Complaint Filed    October 23, 2017<br>Trial Date    TBD |

Mr. Rarick, counsel for Plaintiffs, filed a Motion to make a telephonic appearance for the Case Management Conference scheduled for January 23, 2018 at 2:00 p.m. Courtroom 2, Fourth Floor, 1301 Clay Street, Oakland, CA

GOOD CAUSE appearing, counsel John C. Rarick's Motion is GRANTED. Mr. Rarick may make a telephonic appearance for the Case Management Conference scheduled for January 23, 2018 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: January 22, 2018

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
Unites States District Judge

Page **1** of **1**
4:17-cv-06036-HSG                                              ORDER