| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIKA MURRAY and ERIC HUTCHINS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DANIEL SPINNING-WIND and SHARON HUTCHINS<br><br>　　　　Defendants.<br><br>DANIEL SPINNINGWIND and SHARON HUTCHINS,<br>　　Cross Complainants<br><br>v.<br><br>ANNIKA MURRAY and ERIC HUTCHINS,<br><br>　　Cross Defendants | Case No.: 4:17-cv-06036-HSG<br><br>*Assigned for Initial Settlement Conference to Magistrate Judge Robert M. Illman*<br><br>[PROPOSED] ORDER<br><br>DATE:　　　February 12, 2018<br>TIME:　　　10:00 a.m.<br>CTRM:　　　Eureka Courthouse<br><br>Complaint Filed　　October 23, 2017<br>Trial Date　　　　　TBD |

Mr. Rarick, counsel for Plaintiffs, filed a Joint Stipulation to continue the Case Settlement Conference presently scheduled for February 5, 2018, at 10:00 a.m. in the Eureka Courthouse, 3140 Boeing Ave, McKinleyville, CA 95519.

The Parties conferred via electronic communication and agreed to continue the Case Settlement Conference to February 12, 2018, at 10:00 a.m. in the Eureka Courthouse, 3140 Boeing Ave, McKinleyville, CA 95519.

GOOD CAUSE appearing, the Parties Motion is GRANTED.

The Case Settlement Conference will be continued to **February 12, 2018, at 10:00 a.m**. in the Eureka Courthouse, 3140 Boeing Ave, McKinleyville, CA 95519.

IT IS SO ORDERED.

Dated: January 29, 2018

ROBERT M. ILLMAN
United States Magistrate Judge