LAW OFFICES OF DUNCAN M. JAMES
DUNCAN M. JAMES, CA State Bar No. 40505
DOUGLAS L. LOSAK, CA State Bar No. 220443
P.O. Box 1381
Ukiah, CA 95482
Telephone: (707) 468-9271

Attorneys for Defendants
Spinningwind and Hutchins

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| ANNIKA MURRAY and ERIC HUTCHINS, | CASE NO.: 4:17-cv-06036-HSG |
| Plaintiffs, | |
| vs; | **STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL** |
| DANIEL SPINNING-WIND and SHARON HUTCHINS, and DOES 1-5 | |
| Defendants, | |
| DANIEL SPINNINGWIND and SHARON HUTCHINS, Cross Complainants | |
| v. | |
| ANNIKA MURRAY and ERIC HUTCHINS, Cross Defendants | |

It is stipulated by ALL Parties appearing in this action that the above-entitled action be dismissed with prejudice and each party is to bear their own costs and attorneys' fees.

Date: ('-- (^3   Plaintiffs' Attorney:

By _____
John Rarick, Attorney at Law

Date: 12 April 2018   Defendants' Attorney:

By _____
Dough. Losak
Law dffice of Duncan M. James

## ORDER

On the above stipulation filed in this action on April 13, 2018, IT IS SO ORDERED.

Dated: April 16, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge